# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| RICHARD TOONE, *et al.*, | ED CV 09-2167 TJH (FFMx) |
| Plaintiffs, | |
| v. | Order |
| FIRST FRANKLIN, *etc.*, *et al,* | |
| Defendants. | |

The Court has received, but not considered, Bank of America's motion for entry of default.

**It is Ordered**, pursuant to 28 U.S.C. § 1367(c), *sua sponte*, this matter be, and hereby is, **Remanded**.

Date: September 1, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge